UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA　　　　　　CASE NO. 22-cr-00256-02

VERSUS　　　　　　　　　　　　　　　　JUDGE ELIZABETH E. FOOTE

HAYLEY PARKER (02)　　　　　　　　　MAGISTRATE JUDGE HORNSBY

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 19th day of MAY, 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE